IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUGENIO A. JUAREZ,

    Plaintiff,

  v.

LITTON LOAN SERVICING, et al.,

    Defendants.
                           /

No. C 09-2662 SI

**ORDER DIRECTING DEFENDANT TO FILE LEGIBLE COPY OF PLAINTIFF'S COMPLAINT**

Defendant removed this action from Contra Costa County Superior Court. The copy of the complaint attached to the removal papers is not legible. Although defendant's motion to dismiss stated that a legible copy of the complaint was attached as "Exhibit 1" to the motion, there was no such attachment.

The Court therefore directs defendant to file a legible copy of the complaint no later than July 20, 2009.

**IT IS SO ORDERED.**

Dated: July 15, 2008

                                                   *[signature]*
                                                   SUSAN ILLSTON
                                                   United States District Judge