IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO A. JUAREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>LITTON LOAN SERVICING, HSBC BANK, and DOES 1-25,<br><br>    Defendants.<br>_____ / | No. C 09-2662 SI<br><br>**ORDER RESCHEDULING DEFENDANTS' MOTION TO DISMISS** |

On July 29, 2009, this Court issued an order for plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute. As requested by the Court, plaintiff filed a declaration by August 7, 2009. The Court finds that there was good cause for plaintiff's failure to file an opposition to defendants' motion to dismiss. Accordingly, this case shall not be dismissed at this time. Defendants' motion to dismiss shall be heard on **October 9, 2009.** Plaintiff's opposition is due on **September 18, 2009**. If plaintiff requires another extension in order to find legal representation, he should file a request for an extension before the September 18 deadline.

**IT IS SO ORDERED.**

Dated: August 7, 2009

                                                        SUSAN ILLSTON<br>
                                                        United States District Judge