UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO A. JUAREZ | ) Case No:C09-02662 SI |
| | ) |
| Plaintiff, | )HON. SUSAN ILSTON |
| | ) |
| | )MOTION TO DISMISS WITHOUT |
| | ) PREJUDICE |
| VS. | ) |
| | ) |
| LITTON LOAN SERVICING;HSBC BANK; | ) |
| and DOES 1-25 | ) |

FILED
09 OCT -8 PM 3: 23
CLERK U.S. DISTRICT COURT
CALIFORNIA

## STATEMENT OF FACTS

1. Plaintiff is not able to secure legal representation.

2. Although Litton Loan Servicing mislead the plaintiff and made him believe that a loan modification was granted and subsequently sold the house in question without notice, there is no legal recourse or precedent that plaintiff is able to prove.
3. Although plaintiff relied on statements made by representatives of Litton Loan Servicing and subsequently invested money in the aforementioned property thereby causing damages, there seems to be no legal recourse.
4. By dismissing this legal action the plaintiff does not agree with defendant's claims that possession of the property was wrongful: plaintiff was under the wrong impression that he had recourse under the law.

The plaintiff respectfully requests that the court dismiss this case without prejudice.

Dated, October 8, 2009

_____
Eugenio A. Juarez  Pro Per

IT IS SO ORDERED
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA