ERIC D. HOUSER (SBN 130079)
chouser@houser-law.com
ROBERT W. NORMAN, JR. (SBN 232470)
rnorman@houser-law.com
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112

Attorneys for Defendants,
Litton Loan Servicing LP, erroneously sued as Litton Loan Servicing, and HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2005-4, erroneously sued as HSBC Bank

*[Court stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugenio A. Juarez,<br><br>    Plaintiff,<br><br>vs.<br><br>Litton Loan Servicing; HSBC Bank<br><br>    Defendants. | Case No.: C 09-02662 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, through the undersigned, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: October 14, 2009

By: _____
Eugenio A. Juarez
Plaintiff

Dated: October 14, 2009

HOUSER & ALLISON
A Professional Corporation

By: _____
Robert W. Norman, Jr.
Attorneys for Defendants,
Litton Loan Servicing LP,
erroneously sued as Litton Loan
Servicing, and HSBC Bank USA,
National Association, as Trustee for
Ownit Mortgage Loan Trust
Mortgage Loan Asset-Backed
Certificates, Series 2005-4,
erroneously sued as HSBC Bank

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            ) SS
COUNTY OF LOS ANGELES       )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, California 90806.

On October 15, 2009, I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE**

On the following interested parties in this action described as follows:

Eugenio A. Juarez
470 Suisun Avenue
Rodeo, CA 94572
*Plaintiff – Pro Per*

[x]   **VIA FIRST CLASS MAIL:** CCP §§ 1013(a); 2015.5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Long Beach, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on October 15, 2009, Long Beach, California.

/s/ Robert W. Norman, Jr.
Robert W. Norman, Jr.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugenio A. Juarez, | Case No. 09-02662-SI |
| Plaintiff, | HON. SUSAN ILLSTON<br>Ctrm. 10 |
| vs. | **[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |
| Litton Loan Servicing; HSBC Bank; and Does 1-25, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE THAT** on October 14, 2009 the parties to this action executed a stipulation dismissing the case with prejudice.

  Having considered the executed stipulation, and good cause appearing, the Court rules as follows:

---

**[PROPOSED] ORDER**

1

1. Pursuant to the parties' stipulation, the action is hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated: _____  _____
Susan Illston
United States District Court Judge
For the Northern District of California

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) SS
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, California 90806.

On <u>October 15, 2009</u>, I served the following document(s):

**[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**

On the following interested parties in this action described as follows:

Eugenio A. Juarez
470 Suisun Avenue
Rodeo, CA 94572
*Plaintiff – Pro Per*

[x] **VIA FIRST CLASS MAIL:** CCP §§ 1013(a); 2015.5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Long Beach, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on <u>October 15, 2009</u>, Long Beach, California.

/s/ Robert W. Norman, Jr.
Robert W. Norman, Jr.

---

**[PROPOSED] ORDER**
3